UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:26-CV-139 |
| ) | |
| PAUL SUTTER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The United States of America, by and through Francis M. Hamilton III, United States Attorney

for the Eastern District of Tennessee, hereby alleges and states as follows:

### JURIDICTION

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1345.

### PARTIES

2. The plaintiff in this matter is the United States of America, acting for and on behalf of

the United States Department of the Treasury.

3. The defendant, PAUL SUTTER, resides in Hamilton County, Tennessee.

### VENUE

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### FACTS

5. On March 17, 2018, Paul Sutter executed a promissory note and unconditional

guarantee loan agreement with lender Independence Bank. Copy of said promissory

note is attached hereto as Exhibit A.

6. The defendant is indebted to the plaintiff in the principal amount of $102,432.82, plus

interest on this principal computed at the rate of 6.00 percent per annum (daily rate of

$16.84), in the accrued amount of $26,335.06 as of September 16, 2025, plus administrative fees in the amount of $46,462.64 for a total of $175,230.52. Interest thereafter on this principal at the rate of 6.00 percent per annum from this date until the date of judgment. A copy of the Certificate of Indebtedness evidencing this indebtedness is attached hereto as Exhibit B and is incorporated as if fully set forth herein.

7. Demand has been made upon the defendant by the plaintiff for the sum due, but the amount due remains unpaid. A demand letter is attached as Exhibit C.

WHEREFORE, the United States of America respectfully requests that this Court enter judgment against the defendant, Paul Sutter, for the sum of $175,230.52, at 6.00 percent per annum on the principal, that has accrued from September 16, 2025, to the date of judgment; pursuant to 20 U.S.C. § 1961, interest on the judgment at the legal rate until paid in full; and the costs expended in maintaining this action.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By:  *s/Daniel P. Nugent*
Daniel P. Nugent
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Daniel.Nugent@usdoj.gov
(865) 545-4167